In the Matter of the Claim of HERBERT L. SYBELL, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.